IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CLINTELL COTHRAN**                                                                       **PLAINTIFF**

V.                                     3:23CV00018 JM

**TOMMY DAVIS, Owner,**
**Budget Rentals**                                                           **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED with prejudice.

IT IS SO ADJUDGED this 13th day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE